## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Ruth M. Maynard,

      Plaintiff,

v.

              Civil No. 05-1089 (RHK/AJB)
              **ORDER**

Motors Management Corp.,

      Defendant.

---

  Plaintiff's Motion to Strike the Supplemental Affidavit of Michael Gallagher (Doc. No. 55) is **DENIED**.  Plaintiff <u>may</u> file a response to the Supplemental Gallagher Affidavit, and to any portions of Defendant's Reply Memorandum that reference the Supplemental Gallagher Affidavit, by 12 noon on Wednesday, August 2, 2006.

Dated: July 25, 2006                  <u>s/Richard H. Kyle</u>
                             RICHARD H. KYLE
                             United States District Judge