**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ruth M. Maynard,

        Plaintiff,                                 Civil No. 05-1089 (RHK/AJB)

v.                                              **ORDER FOR SUBMISSION**
                                                         **OF TRIAL MATERIALS**[1]

Motors Management Corporation,

        Defendant.

---

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By October 9, 2006:

1. All "documents to be submitted for trial" as required by Local Rule 39.1(b);

2. Designation and copies of proposed deposition testimony;

3. Motions in Limine with supporting briefs; and

4. Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By October 13, 2006:

1. Responsive briefs to Motions in Limine;

2. Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

---

[1] This Order replaces the August 30, 2006 Order respecting submission of trial materials.

   3.  Replies to Trial Briefs.

  By <u>October 18, 2006</u>:  Responses to the Written Objections.

Dated: September 12, 2006

                                          <u>s/Richard H. Kyle</u>
                                          RICHARD H. KYLE
                                          United States District Judge