**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Ruth M. Maynard,

        Plaintiff,                  Civil No. 05-1089 (RHK/AJB)

                                          **ORDER**

Motors Management Corporation,

        Defendant.

Trial in this matter will begin at 9:00 a.m. on Monday, December 11, 2006, before Judge Richard H. Kyle and a jury in Courtroom No. 2, 180 E. Fifth Street, St. Paul, Minnesota.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By November 14, 2006:

1. All "documents to be submitted for trial" as required by Local Rule 39.1(b);

2. Designation and copies of proposed deposition testimony;

3. Motions in Limine with supporting briefs; and

4. Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By November 21, 2006:

    (1)      Responsive briefs to Motions in Limine;
    (2)      Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits

and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3)     Replies to Trial Briefs.

By <u>November 28, 2006</u>:  Responses to the Written Objections.

Dated: September 21, 2006

<u>s/Richard H. Kyle</u>
RICHARD H. KYLE
United States District Judge